UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY MEL CONTRERAS,<br><br>               Plaintiff,<br><br>   v.<br><br>LT. OMAR VASQUEZ; and<br>USCG SECTOR SAN DIEGO,<br><br>              Defendants. | Case No. 09cv1267IEG(CAB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>**[Doc. No. 45]** |

    Having considered the parties' Joint Motion for Dismissal, the Court hereby ORDERS that this action be **DISMISSED WITH PREJUDICE** pursuant to the parties' stipulation. All pending motions are DENIED AS MOOT. The Clerk of Court shall close the case.

    **IT IS SO ORDERED.**

**DATED: March 10, 2010**

                                               **IRMA E. GONZALEZ, Chief Judge**
                                               **United States District Court**